**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Daniel Floyd BARTLETT, Defendant—
Appellant.**

No. 05–10371.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2006.*

Filed April 10, 2006.

John Joseph Tuchi, Jacki Lynn Ireland, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

John W. Rood, III, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: HAWKINS, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Daniel Floyd Bartlett appeals from his guilty-plea conviction and 30–month sentence for transportation of illegal aliens for profit, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

Bartlett's attorney has moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the appeal presents no arguable issues. Bartlett has submitted a pro se supplemental brief.

Because our review of the briefs submitted and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicate that Bartlett knowingly and voluntarily waived his right to appeal, and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

